# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jahiem Choyce,<br><br>             Plaintiff,<br><br>v.<br><br>Shannon Clowers, Steven Altig, Stefany Miley,<br><br>             Defendants. | Case No. 2:23-cv-01657-JAD-DJA<br><br>**Report and Recommendation** |

The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint under 28 U.S.C. § 1915. (ECF No. 7). On screening, the Court dismissed Plaintiff's complaint with leave to amend, giving Plaintiff until January 19, 2024 to file an amended complaint. (*Id.* at 4). That deadline has passed.

On April 3, 2024, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal of Plaintiff's case for failure to follow the Court's order to file an amended complaint or to prosecute his claims. (ECF No. 9). The Court ordered Plaintiff to file a response to the Court's order to show cause on or before May 2, 2024. (*Id.* at 2). The Court's order explained that "[f]ailure to comply with this order will result in a recommendation that this case be dismissed." (*Id.* at 2). The May 2, 2024 deadline has also passed and to date, Plaintiff has filed nothing further in his case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

///

///

///

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: May 7, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE