# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jahiem Choyce, | Case No. 2:23-cv-01657-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Shanon Clowers, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 11). That return indicates that Plaintiff is no longer at the High Desert State Prison. Public records indicate that Plaintiff has moved to the Ely State Prison. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address and will re-send him a copy of the report and recommendation that was returned as undeliverable.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **June 20, 2024.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed.  The Clerk of Court is kindly directed to send a copy of this order and of the report and recommendation filed at ECF No. 10 to the Ely State Prison at the below address.

**Jahiem Laron Choyce #1238423**
PO Box 1989
4569 North State Route 490
Ely, Nevada 89301

DATED: May 21, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE